**HAROLD ROSENTHAL**
ATTORNEY AT LAW
803 HEARST AVENUE
BERKELEY, CALIFORNIA 94710
TELEPHONE: 510.981.1800
FACSIMILE: 510.981.1821
E-Mail: harold@haroldrosenthal.com

April 29, 2009

Ivy Garcia, Courtroom Deputy to
The Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
1301 Clay Street
Oakland, CA 94612

Re: United States v. Nathan Gardner, CR 09-0203

Dear Ivy:

As we discussed, I would like to have the above-referenced matter added to your calendar this Friday, May 1, 2009 at 10:00 a.m. for a detention hearing. I have discussed that date and time with Garth Hire, who represents the government, and he informs me that it is satisfactory to the government as well.

Please do not hesitate to contact me if you have any questions or concerns. Thank you for your cooperation in this matter.

Very truly yours,

HAROLD ROSENTHAL

cc: Garth Hire, AUSA